UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Leda Dunn Wettre |
| | : | |
| v. | : | Magistrate No. 20-13173 (LDW) |
| | : | |
| ANTONIO GARICA BONIFACIO, | : | **CRIMINAL COMPLAINT** |
| a/k/a "Antonio G. Bonifacio" | : | |

I, Ian Patel, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A

I further state that I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement, and that this complaint is based on the following facts:

SEE ATTACHMENT B

_____
Ian Patel
Deportation Officer
Immigration and Customs Enforcement
U.S. Department of Homeland Security

Deportation Officer Ian Patel attested to this Affidavit by telephone pursuant to FRCP 4.1(b)(2)(A) on this 15th day of April, 2020 in the District of New Jersey.

HONORABLE LEDA DUNN WETTRE
UNITED STATES MAGISTRATE JUDGE

_____
Signature of Judicial Officer

## ATTACHMENT A

On a date on or after December 21, 2007 and on or before November 6, 2019, in Monmouth County, in the District of New Jersey, and elsewhere, the defendant,

ANTONIO GARICA BONIFACIO,
a/k/a "Antonio G. Bonifacio,"

being an alien, and on or about November 6, 2019, having been deported and removed and departed from the United States while an order of removal was outstanding, did knowingly and voluntarily enter, attempt to enter, and was found in the United States without the Attorney General expressly consenting to the defendant's re-applying for admission to the United States prior to his re-embarkation at a place outside the United States.

In violation of Title 8, United States Code, Section 1326(a).

## ATTACHMENT B

I, Ian Patel, am a Deportation Officer with the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1.   The defendant, ANTONIO GARICA BONIFACIO, a/k/a "Antonio G. Bonifacio," (the "Defendant"), is a citizen of Mexico, and he neither is a citizen nor a national of the United States.

2.   On or about October 22, 2007, the Defendant was arrested by the Freehold Township Police Department in New Jersey, for various crimes, including Sexual Assault in violation of Section 2C:14-2 of the New Jersey Code of Criminal Justice.

3.   On or about November 30, 2007, the Defendant pled guilty in the Superior Court of New Jersey, Monmouth County, to Endangering – Abuse/Neglect/Sexual Act by Non-Caretaker, in the Third Degree, in violation of Section 2C:24-4(a) of the New Jersey Code of Criminal Justice.

4.   Thereafter, on or about December 6, 2007, the Defendant was ordered removed from the United States to Mexico by an Immigration Judge sitting in Elizabeth, New Jersey.

5.   On or about December 21, 2007, the Defendant was removed from the United States to Mexico. Shortly before his removal from the United States on or about December 21, 2007, an official from the ICE took a fingerprint from the Defendant.

6.   At some point after his December 21, 2007 removal, the Defendant re-entered the United States without permission from either the Attorney General or the Secretary of Homeland Security.

7.   On or about November 6, 2019, the Defendant was arrested by the Monmouth County Sheriff's Office, for Contempt, in violation of Section 2C:29-9 of the New Jersey Code of Criminal Justice.

8.   On or about February 21, 2020, the Defendant was sentenced in the Superior Court of New Jersey, Monmouth County, to the charge described above in Paragraph 3, to Time Served (approximately one hundred twenty-six

days' imprisonment) and to parole supervision for life. On or about the same day, the Defendant entered into the custody of ICE in New Jersey.

9.   A fingerprint taken from the Defendant from his deportation records for the December 21, 2007 removal were compared to the Defendant's fingerprint that was taken on or about February 21, 2020 after he entered ICE's custody. All the fingerprints were found to be identical.

10. Prior to the Defendant's reentries into the United States, neither the Attorney General nor the Secretary of Homeland Security consented to the Defendant re-entering the United States. The Defendant also did not receive a waiver allowing him to re-enter the United States.